CAUSE NO. 0782792  69,858-24

IN RE:

DONALD WAYNE HEROD
#1538539

IN THE 8TH JUDICIAL
DISTRICT COURT OF
HARRIS COUNTY, TEXAS

ORIGINAL APPLICATION OF
WRIT OF MANDAMUS

This document contains some
pages that are of poor quality
at the time of imaging.

To THE HONORABLE JUDGE OF SAID COURT:

COMES NOW DONALD WAYNE HEROD #1538539, RELATOR
PRO SE, IN THE ABOVE STYLED AND NUMBERED CAUSE OF
ACTION AND FILES THIS ORIGINAL APPLICATION FOR
WRIT OF MANDAMUS, PURSUANT TO TRAP 72.1, AND
WOULD SHOW THIS COURT THE FOLLOWING:

## HISTORY

AROUND MARCH 3RD RELATOR FILED AN WRIT OF HABEAS
COURPUS ARTICLE 11.073 WITH THE DISTRICT COURT CLERK
ON CAUSE NO. # 0782792 THATS MORE THEN 35 days, IN
CODE OF CRIMINAL PROCEDURE CHAPTER 11 RULES THE
COURT IS ALLOWED 35 days TO FILE WITH THE CRIMINAL
APPEALS OF TEXAS, BUT IN THIS CASE THEY HAVE NOT

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 18 2015

Abel Acosta, Clerk

## PRAYER FOR RELIEF

RELATOR REQUEST THAT THE WRIT OF MANDAMUS BE GRANTED IN FULL, AND ANY OTHER RELIEF ALLOWED by LAW OR ANY OTHER ALTERNATIVE AS ALLOWED

EXECUTED ON THIS THE 15th DAY OF JUNE, 2015

RESPECTFULLY SUBMITTED

Donald Wayne Herod

DONALD WAYNE HEROD #1538539

McCONNELL UNIT

3001 SOUTH EMILY DRIVE

BEEVILLE, TX, 78102

## INMATES UNSWORN DECLARATION

I DONALD WAYNE HEROD #1538539, BEING PRESENTLY INCARCERATED IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE - INSTITUTIONAL DIVISION AT THE McCONNELL UNIT IN BEEVILLE, TX. HEREBY DECLARE UNDER THE PENALTY OF PERJURY THAT THE ABOUVE TO BE TRUE AND CORRECT.

EXECUTED ON THIS THE 15th DAY OF JUNE, 2015

RESPECTFULLY SUBMITTED,

*Donald Wayne Herod*

DONALD WAYNE HEROD #1538539
McCONNELL UNIT
3001 SOUTH EMILY DRIVE
BEEVILLE, TX. 78102